IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT E. GREEN,<br><br>            Plaintiff,<br><br>    v.<br><br>WARDEN JAMES CROSS, UNKNOWN<br>SHU LIEUTENANT, DHO B. AUTERSON<br>and BOP,<br><br>            Defendants. | Case No. 12-cv-4-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: March 18, 2013**          NANCY J. ROSENSTENGEL, Clerk of Court

                                        **s/Jina Hoyt, Deputy Clerk**


**Approved:**    s/J. Phil Gilbert
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**