IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT E. GREEN,

    Plaintiff,

v.

WARDEN JAMES CROSS, UNKNOWN SHU LIEUTENANT, DHO B. AUTERSON and BOP,

    Defendants.

Case No. 12-cv-4-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: March 18, 2013**    NANCY J. ROSENSTENGEL, Clerk of Court

    **s/Jina Hoyt, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**